UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DANITA P. BROWN, | : | Case No. 1:15-cv-526 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| AUTUMN KRUSE, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 5)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 24, 2015, submitted a Report and Recommendations. (Doc. 5). Plaintiff timely filed objections. (Doc. 6).[1]

---

[1] Plaintiff's objections reiterate the allegations contained in her complaint (*See* Doc. 2) and in prior complaints that the Court dismissed as delusional or frivolous. These allegations were fully addressed in the Magistrate Judge's Report and Recommendations. (*See* Doc. 5). This Court adopts the Magistrate Judge's reasoning as explained therein. Plaintiff's factual allegations rise to the level of the delusional, irrational and "wholly incredible." Plaintiff has filed six prior complaints with the Court, all of which were dismissed as delusional or frivolous. As discussed in detail by the Magistrate Judge, these prior cases alleged in part, murder of 30 children and restraint by P&G; murder and attempted murder of children allegedly fathered by President Bill Clinton; abuse in mental hospital based upon knowing Bill Clinton and owning P&G; rape and illegally forced mental health treatment based upon association with Clinton and P&G; and forcible impregnation by President Bill Clinton, who also stole P&G from her, and further complaining of mental health treatment. Plaintiff's objections, as well as the allegations in her complaint are merely reiterations of at least some of the allegations contained in her previously filed complaints, and therefore the complaint may be dismissed as duplicative.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.  Accordingly:

1. The Report and Recommendations (Doc. 5) is **ADOPTED**;

2. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. Section 1915(e)(2)(B);

3. Plaintiff's Motion to Amend Complaint (Doc. 2)[2] is **DENIED**;

4. Pursuant to 28 U.S.C. Section 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore, Plaintiff is denied leave to appeal *in forma pauperis*;

5. Plaintiff is admonished not to file any new complaint in this Court that raises claims identical or similar to those that have already been adjudicated by this Court; and

6. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED in this Court**.

**IT IS SO ORDERED**.

Date:  10/7/2015

_/s/Timothy S. Black_____
Timothy S. Black
United States District Judge

---

[2] Plaintiff filed a "Notice" in which she states her intention to amend her complaint to name, in place of Defendant Kruse, "A.G. Lafley, current CEO of Procter and Gamble."  (Doc. 2).  The Court construes the Notice as a Motion to Amend.